# Exhibit 3



**Joel B. Rothman**
Board Certified in Intellectual Property Law

Direct: 561.404.4335
joel.rothman@sriplaw.com

November 8, 2018

<u>Admitted to Practice</u>
Florida, New York, Georgia
and the Federal Courts of
New York
Florida
Georgia
Colorado
Texas
Arkansas
Michigan
W.D. Tennessee
Washington DC

**VIA FEDEX AND EMAIL: support@smosh.com**
Mr. Shahzad Siddiqui
Noble Education Foundation, Inc. dba NikahExplorer.com
10057 Honey Tree Ct.
Orlando, FL 32836

Re:   Mugraby v. Noble Education Foundation, Inc. dba NikahExplorer.com
      Our File:  00444-0001

Dear Mr. Siddiqui,

We write on behalf of our client Sam Mugraby, a photographer, for purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim and refer them to the enclosed demand pursuant to § 627.4137, Florida Statutes, for insurance information in this matter.

*Sam Mugraby ("Mugraby")*
Our client is an experienced professional photographer who makes a living from photography.  Mugraby is a director, photographer and graphic artist of photos5.com.  His expertise in the field allow him to provide the best services possible to his clientele.  As Director of Photos5.com, he has published, licensed, and sold his own premium and exclusive stock photos for the use of thousands of his customers worldwide.

Mugraby retains all copyrights to his photographs.  Mugraby licenses his copyrighted Works, such as the one in this case, for commercial use.

In 2016, Mugraby created a photograph entitled "Heart In The Sky", hereinafter referred to as the "Work."

The Work at issue is shown below.  At the time the Work was created, Mugraby applied Copyright Management Information to the image consisting of the words "© Photos8.com" to the bottom left corner.

Mr. Shahzad Siddiqui
Noble Education Foundation, Inc. dba NikahExplorer.com
November 8, 2018
Page 2



Mugraby registered the Work with the Register of Copyrights on January 20, 2016 and was assigned the registration number VA 2-000-962, a copy of which is enclosed.

*Infringement by Noble Education Foundation, Inc. dba NikahExplorer.com ("NEF")*
The infringement at issue was identified on October 19, 2017. We have enclosed contemporaneous evidence of the infringement by NEF. In addition to the infringement, Mugraby's photograph was cropped as shown on the attached.

You have employed our client's Work in at least the manner indicated in the evidence attached. Your unauthorized use commenced on at least the date indicated above. You are fully aware that the Work you used is our client's Work. No one from your company ever sought a license from our client to use the image for any purpose.

You have copied, displayed and distributed our client's image without permission, license or consent. The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act. The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation. This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's image. Any such further uses shall be at your peril.

Mr. Shahzad Siddiqui
Noble Education Foundation, Inc. dba NikahExplorer.com
November 8, 2018
Page 3

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's image, please provide us with this evidence so we may avoid further controversy or litigation. Otherwise, we will be forced to assume that your use violated the law.

*Damages*

Copyright law provides several different elements of compensation to Mugraby when a work is infringed or altered. Section 504 permits Mugraby to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed. Mugraby can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales. Mugraby's photographs are of the highest quality. Mugraby's photographs are also scarce since he is one of the only sources of such quality photographs.

Mugraby's damages are not limited to what he would have agreed to license the Work for prior to the infringement. Rather, Mugraby's actual damages will be measured by the fair market value of the photograph considering NEF's use to sell and promote its business. Mugraby's actual damages must be measured in light of NEF's use of Mugraby's high quality and unique photograph.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement. See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001). The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs. See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016). In addition, Mugraby can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits Mugraby to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Mugraby will also be entitled to NEF's profits from the infringement, based upon the revenue NEF earned in connection with the use of Mugraby's photograph.

Alternatively, Mugraby could seek statutory damages for infringement in an amount of up to $30,000 per work infringed. There is also the possibility that a judge or jury could determine that NEF's infringement was willful. If NEF's infringement was shown to be

Mr. Shahzad Siddiqui
Noble Education Foundation, Inc. dba NikahExplorer.com
November 8, 2018
Page 4

willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

There is also the issue of the removal of Mugraby's copyright management information. 17 USC 1203(c)(3)(B) permits Mugraby to recover statutory damages of not less than $2,500 or more than $25,000 per violation of the prohibition against alteration or removal of copyright management information contained in Section 1202. Based upon NEF's removal of Mugraby's CMI, Mugraby will seek the maximum statutory damages of $25,000 per photograph against NEF for this violation.

*Demand*

In order to determine how to proceed, please provide us with information and documents showing:

1. the full nature and extent of the use of our client's image, in any and all formats;

2. representative copies in any and all tangible form and media in which our client's image was incorporated or employed; and

3. the source of the image;

Upon receipt of this information we will consider and determine an appropriate amount of compensation required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers. If we do not receive a response from you or a representative by November 26, 2018, we will take further steps to protect our client's rights. We look forward to your prompt response.

Sincerely,

**Schneider Rothman Intellectual Property Law Group, PLLC**

Joel B. Rothman
Board Certified in Intellectual Property Law

JBR/jcj
Enclosures

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-000-962**

**Effective Date of Registration:**
January 20, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Stock Images at Photos5.com |
| **Previous or Alternate Title:** | Group Registration/Photos  5 photos  published 1/01/2011 |
| **Content Title:** | Elohim in Hebrew Bible Photo |
| | Wood Wall |
| | Beach Love Heart at Sunset |
| | Heart in the Sky |
| | Love on Beach Sand |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | January 01, 2011 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Sam Mugraby
  **Author Created:** photograph
  **Domiciled in:** Israel
  **Year Born:** 1978

## Copyright Claimant

**Copyright Claimant:** Sam Mugraby
P.O Box 4958, Tel Aviv, 6104802, Israel

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Photos5.com |
| **Name:** | Sam Mugraby |
| **Email:** | copyright@photos8.org |






Modified: 19 Oct 2017   Screenshot: 19 Oct 2017 17:38:09







November 8, 2018

**VIA FEDEX AND EMAIL: support@smosh.com**
Mr. Shahzad Siddiqui
Noble Education Foundation, Inc. dba NikahExplorer.com
10057 Honey Tree Ct.
Orlando, FL 32836

Admitted to Practice

Florida, New York, Georgia and the Federal Courts of New York
Florida
Georgia
Colorado
Texas
Arkansas
Michigan
W.D. Tennessee
Washington DC

**Re:   Mugraby v. Noble Education Foundation, Inc. dba NikahExplorer.com
        Our File:  00444-0001**

Dear Mr. Siddiqui,

We write pursuant to § 627.4137, Florida Statutes, to demand a response with insurance information for each known policy of liability insurance your clients may have that may provide coverage for all or a portion of our client's claims in this matter:

(a) The name of the insurer.

(b) The name of each insured.

(c) The limits of the liability coverage.

(d) A statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement, and

(e) A copy of the policy.

Thank you in advance for your anticipated cooperation.

Sincerely,

**Schneider Rothman Intellectual Property Law Group, PLLC**

Joel B. Rothman
Board Certified in Intellectual Property Law

JBR/jcj



Joel B. Rothman
Board Certified in Intellectual Property Law
Direct: 561.404.4335
joel.rothman@sriplaw.com

November 27, 2018

Admitted to Practice
Florida, New York, Georgia
and the Federal Courts of
New York
Florida
Georgia
Colorado
Texas
Arkansas
Michigan
W.D. Tennessee
Washington DC

**VIA EMAIL: support@smosh.com**
**Mr. Shahzad Siddiqui**
**Noble Education Foundation, Inc. dba NikahExplorer.com**
**10057 Honey Tree Ct.**
**Orlando, FL 32836**

Re:   **Mugraby v. Noble Education Foundation, Inc. dba NikahExplorer.com**
        **Our File:  00444-0001**

Dear Mr. Siddiqui,

We write this follow up letter on behalf of our client Sam Mugraby, for the purposes of resolving a case of copyright infringement against you by our client. This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated November 8, 2018, wherein we detailed the basis of the copyright infringement claim against you, including the evidence of infringement.

We note that a review of the accused infringing webpage shows that the infringement has been removed. However, this does not dispose of our client's claim. It is imperative that you respond to us. If we do not hear back from you, we will be forced to take further steps to protect our client's rights including by filing a lawsuit against you. We also repeat our demand that you tender this claim to your insurance carrier. We look forward to your prompt response.

Sincerely,

**Schneider Rothman Intellectual Property Law Group, PLLC**

Joel B. Rothman
Board Certified in Intellectual Property Law

JBR/jcj
Enclosure